EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2002

at \_\_ o'clock and \_\_ min. \_\_ M
WALTER A.Y.H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00117 DAE |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | [18 U.S.C. § 922(g)(3); |
| ROY L. FROST, | ) | 18 U.S.C. § 924(a)(2)] |
| | ) | |
| Defendant. | ) | |
| | ) | |



### I N D I C T M E N T

#### COUNT 1

The Grand Jury charges that:

On or about February 1, 2000, in the District of Hawaii, defendant ROY L. FROST, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Rossi .38 special revolver bearing the Serial

Number W070179.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2

The Grand Jury further charges that:

On or about April 13, 2001, in the District of Hawaii, defendant ROY L. FROST, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a .22 caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 3

The Grand Jury further charges that:

On or about April 13, 2001, in the District of Hawaii, defendant, ROY L. FROST, did knowingly receive and possess a rifle with a barrel length less than sixteen inches, to wit, a .22 caliber rifle, which was not registered to him in the National Firearms Registration and Transfer Record.

\\
\\
\\
\\

In violation of Title 26, United States Code, Sections 5845(a) and 5861(d).

DATED: April 4, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
WES R. PORTER
Sp. Assistant U.S. Attorney

*USA v. Frost;*
"Indictment"