UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 3 2004

at __3__ o'clock and __30__ min. __P__ M
WALTER A. Y. H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROY L. FROST,<br><br>Defendant - Appellant. | No. 03-10242<br>D.C. No. CR-02-00117-1-DAE<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Monday, August 16, 2004

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 0 8 2004

by: _____
Deputy Clerk

**NOT FOR PUBLICATION**

FILED
AUG 16 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 03-10242 |
|---|---|
| Plaintiff-Appellee, | D.C. No. CR-02-00117-1-DAE |
| v. | |
| ROY L. FROST, | MEMORANDUM* |
| Defendant-Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 13 2004
DISTRICT OF HAWAII

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted August 9, 2004**

Before:   SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

Roy L. Frost appeals his guilty-plea conviction and 27-month sentence for possession of an unregistered firearm, in violation of 26 U.S.C. §§ 5845(a), 5861(d).

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\*\*   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Frost has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Frost has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 0 8 2004

by:_____
Deputy Clerk