AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

649214

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00117DAE-01 |
| ROY L. FROST | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2006

YOU ARE HEREBY COMMANDED TO ARREST ROY FROST and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

RECEIVED 2006 MAY -1 PM 3:56 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | May 1, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant     By: David Alan Ezra, United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
KEOLEWA PL HONOLULU, HI.

| Date Received 5-4-06 | NAME AND TITLE OF ARRESTING OFFICER Russ Nakasato DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| Date of Arrest 5-9-06 | | |