# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR02-00117DAE |
| CASE NAME: | USA v. Roy L. Frost |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Rory Toomey making a special appearance for Michael Ostendorp |
| PROBATION OFFICER: | Jonathan Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/15/2006 | TIME: | 2:13-2:18:39pm |

COURT ACTION:  EP: Probable Cause Hearing - defendant present, in custody.

Mr. Toomey making a special appearance for Michael Ostendorp informs the court that Mr. Ostendorp no longer accepts criminal cases and requests to withdraw as counsel. Court will appoint new counsel but will set a Status Conference Re: Counsel for 5/25/06 at 11:00am before Judge Chang.  Mr. Ostendorp to be present at this hearing.

Probable Cause Hearing continued to 5/16/06 at 11:00am before Judge Chang at which time new counsel will be present.

Defendant is remanded to the custody of the USMS.

EO: Harlan Kimura appointed as CJA counsel

Submitted by: Shari Afuso, Courtroom Manager