# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR02-00117DAE |
| CASE NAME: | USA v. Roy L. Frost |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Harlan Kimura |
| PROBATION OFFICER: | Jonathan Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/16/2006 | TIME: | 10:58-11:00:28am |

COURT ACTION:  EP: Probable Cause Hearing - defendant present, in custody.

Defendant does not oppose a finding of probable cause.  Court finds that probable cause exists.

Order to Show Cause Why Supervised Release Should Not Be Revoked set 5/19/06 at 2:15pm before Judge Ezra

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager