# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00117DAE |
| CASE NAME: | USA v. Roy L. Frost |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Harlan Kimura |
| USPO: | Jonathan Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/22/2006 | TIME: | 1:30pm-2:05pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Roy L. Frost present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   TIME SERVED.

Supervised Release:   24 MONTHS

CONDITIONS:

That the defendant shall abide by the standard conditions of supervision.

▸   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸   That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

    That the defendant serve 180 months community confinement, in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office.  While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

    That the defendant provide the Probation Office access to any requested financial information.

    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

    That the defendant reside on Oahu and not relocate without the prior approval of the Probation Office.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.  Defendant to be released by the U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager