# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR02-00117DAE |
| CASE NAME: | USA v. Roy L. Frost |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Michael Ostendorp, outgoing CJA counsel |
| PROBATION OFFICER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/25/2006 | TIME: | 11:00-11:03:50am |

COURT ACTION:  EP: Status Conference Re: Counsel Michael Ostendorp.  Discussion held.  No further action.

Submitted by: Shari Afuso, Courtroom Manager