ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

———————————— District of Hawaii ————————————

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

Case Number: CR 02-00117DAE-01

ROY L. FROST

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

　　　YOU ARE HEREBY COMMANDED TO ARREST ROY L. FROST and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2006

at _8_ o'clock and _05 min_ _A_ M
SUE BEITIA, CLERK

RECEIVED
2006 JUN 20 PM 1:47
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| | JUNE 20, 2006 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant　　　　　By: David Alan Ezra, United States District Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _USPO #1_ | | |
| Date Received 6/20/06 | NAME AND TITLE OF ARRESTING OFFICER Brent Cl. Nahwai S'augh | SIGNATURE OF ARRESTING OFFICER Brent Cl. Nahwai |
| Date of Arrest 6/21/06 | | |