# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00117DAE |
| CASE NAME: | USA v. Roy L. Frost |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Harlan Kimura |
| USPO: | Jonathan Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/23/2006 | TIME: | 9:45am-10:00am |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Roy L. Frost present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:  17 MONTHS

Supervised Release:  NONE IMPOSED

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager