AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2006

at 3 o'clock and 45 min P.M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**ROY L. FROST**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:   1:02CR00117-001
USM Number:        88875-022
**HARLAN KIMURA, ESQ.**
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) Standard Condition No. 2; and General Condition and Standard Condition No. 7 of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **0444**

Defendant's Residence Address:
**Honolulu, HI 96817**

Defendant's Mailing Address:
**Honolulu, HI 96817**

JUNE 23, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

June 30, 2006
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00117-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | ROY L. FROST | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to report to the probation officer | 5/22/2006 |
| 2 | Subject submitted a urine specimen that tested positive for methamphetamine | 6/2/2006 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:    1:02CR00117-001                                   Judgment - Page 3 of 3
DEFENDANT:      ROY L. FROST

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 17 MONTHS .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

                                                        _____
                                                                  UNITED STATES MARSHAL

                                                   By   _____
                                                                  Deputy U.S. Marshal