

ORIGINAL

HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
ROY L. FROST

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2006

at １１ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00117 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION TO |
| | ) | WITHDRAW AS COUNSEL; |
| vs. | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; DECLARATION OF |
| ROY L. FROST, | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | Date:    July 26, 2006 |
| | ) | Time:    3:00 p.m. |
| | ) | Judge:   Leslie E. Kobayashi |

NOTICE OF MOTION TO WITHDRAW AS COUNSEL

TO:   EDWARD H. KUBO, JR., ESQ.
      United States Attorney
      WES REBER PORTER, ESQ.
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, HI  96850

      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the following motion will be heard before The Honorable Leslie E. Kobayashi in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Second Floor, Honolulu, Hawaii 96850, on July 26, 2006 at 3:00 p.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii, __JUL 2 0 2006__.

                            HARLAN Y. KIMURA
                            Attorney for Defendant
                            ROY L. FROST

HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
ROY L. FROST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00117 DAE |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW AS ) COUNSEL |
| vs. | ) |
| ROY L. FROST, | ) |
| Defendant. | ) |

## MOTION WITHDRAW AS COUNSEL

COMES NOW HARLAN Y. KIMURA, and hereby requests this

Honorable Court to permit him to withdraw as Counsel for Defendant ROY L.

FROST (hereinafter "Frost") because: (a) the Attorney-Client relationship between

Frost and him is irreparably and irretrievably broken; and (b) Frost has advised

him to file the instant motion because he will be asserting "Ineffective Assistance

Of Counsel" as grounds to set aside and/or collaterally attack the Judgment In A

Criminal Case filed herein on June 30, 2006, as well as any other orders or judgments previously entered herein.

This Motion is based upon Rules 44 and 47 of the <u>Federal Rules of Criminal Procedure</u>, the attached Declaration Of Counsel, the records and files in this case, and the arguments of counsel to be made at a hearing thereon.

DATED at Honolulu, Hawaii,  JUL 2 0 2006   .

HARLAN Y. KIMURA
Attorney for Defendant
ROY L. FROST

2