# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00117DAE |
| CASE NAME: | USA vs. ROY L. FROST |
| ATTYS FOR PLA: | Wes Reber Porter |
| ATTYS FOR DEFT: | Harlan Y. Kimura |
| | Jack F. Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/31/2006 | TIME: | 10:32-10:34 |

COURT ACTION:  EP: Motion to Withdraw as Counsel - Defendant present in custody.

Court questions Defendant.  Motion Granted and terminated.  Atty Jack F. Schweigert Apptd Atty.  Kimura to prepare Order Granting Motion and Withdrawal and Substitution of Counsel.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager