HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Withdrawing Attorney for Defendant
ROY L. FROST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00117 DAE |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FILED JULY 20, 2006 |
| vs. | |
| ROY L. FROST, | Date: July 31, 2005 |
| | Time: 10:30 a.m. |
| Defendant. | Judge: Leslie E. Kobayashi |

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL FILED JULY 20, 2006

On July 31, 2006 this matter came before the Court on Defendant Roy L. Frost's Motion To Withdraw As Counsel filed herein on July 20, 2006. Assistant United States Attorney Wes Reber Porter appeared on behalf of the United States of America. Harlan Y. Kimura appeared on behalf of Defendant Roy L. Frost (hereinafter "Defendant Frost"), who was also present.

The Motion To Withdraw As Counsel is hereby GRANTED, effectively immediately HARLAN Y. KIMURA is no longer Attorney of Record herein for Defendant Tanaka, and JACK F. SCHWEIGERT is appointed at replacement counsel for Defendant Frost.

DATED at Honolulu, Hawaii, _____8/7/06_____.

_____
UNITED STATES MAGISTRATE JUDGE

United States of America v. Roy L. Frost; Cr. No. 02-00117 DAE; Order Granting Motion To Withdraw As Counsel Filed July 20, 2006