ORIGINAL

**JACK SCHWEIGERT, ESQ.**
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: 533-7491



Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR00117-001 |
|---|---|
| vs. | ) |
| ROY L. FROST | ) DEFENDANT'S *EX PARTE* |
| | ) MOTION FOR |
| | ) AUTHORIZATION TO HIRE |
| Defendant. | ) POLYGRAPHER ALAN |
| | ) CASTRO; DECLARATION OF |
| | ) COUNSEL; ORDER GRANTING |
| | ) DEFENDANT'S MOTION FOR |
| | ) AUTHORIZATION TO HIRE |
| | ) POLYGRAPHER ALAN |
| | ) CASTRO |
| | ) |

**DEFENDANT'S *EX PARTE* MOTION FOR AUTHORIZATION
TO HIRE POLYGRAPHER ALAN CASTRO**

COMES NOW DEFENDANT ROY L. FROST by and through counsel and moves this Honorable Court *ex parte* to authorize defense counsel to engage Alan Castro as a polygrapher.

By this motion, it is requested that Alan Castro be paid a total of $250.00 to conduct a polygraph examination of Defendant Roy L. Frost at the Federal Detention Center and prepare a report for defense counsel's use.

This motion is made in accordance with 18 U.S.C. § 3006A(e)(3) and is supported by the attached declaration of counsel and the record and file.

DATED:  Honolulu, Hawaii; September 13, 2006.

_____
Jack Schweigert, Esq.
Attorney for Defendant