IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR00117-001 |
| | ) |
| vs. | ) |
| | ) |
| | ) DECLARATION OF JACK |
| ROY L. FROST | ) SCHWEIGERT, ESQ. |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

    1. I am newly court-appointed substitute counsel for Defendant Roy L. Frost, replacing Attorney Harlan Kimura who withdrew due to a conflict of interest.

    2. I believe there is a critical need to have my client polygraphed before I file a Petition for Writ of *Habeas Corpus* on his behalf. In that regard, my client's version of the facts are disputed, and before I would file a petition, I must at least have my client pass a polygraph on the disputed points, which my client is agreeable with.

3. I have used Polygrapher Alan Castro in prior cases and can vouch for his credentials and ability as a polygraphist.

4. Mr. Castro is an investigator with the State Attorneys General office and does polographs part-time.

5. Mr. Castro has agreed to perform a polygraph examination of Mr. Frost at the Federal Detention Center and prepare a report for a total fee of $250.00.

6. Based on the foregoing, I ask for the Court's order authorizing me to engage Polygrapher Alan Castro's services to perform a polygraph examination of Mr. Frost and prepare a report for defense counsel's use and charge a total fee of $250.00.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 13th day of September 2006.

_____
Jack Schweigert, Esq.
Declarant