IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR00117-001 |
| | ) |
| vs. | ) ORDER APPROVING |
| | ) DEFENDANT'S EX PARTE |
| ROY L. FROST | ) MOTION FOR |
| | ) AUTHORIZATION TO HIRE |
| | ) POLYGRAPHER ALAN |
| | ) CASTRO |
| | ) |
| | ) |

ORDER APPROVING
DEFENDANT'S EX PARTE MOTION FOR AUTHORIZATION
TO HIRE POLYGRAPHER ALAN CASTRO

Defendant's motion for authorization to hire Polygrapher Alan Castro was presented to this court *ex parte*. The Court, having considered the motion, finds the requisite good cause exists to grant the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that Defense counsel is authorized to engage Polygrapher Alan Castro to perform a polygraph examination of Defendant Roy L. Frost, prepare a report for defense counsel's use, and be paid a total of $250.00 via a Form CJA-21.

DATED: Honolulu, Hawaii; 9·18·2006 .

_____
JUDGE OF THE ABOVE-ENTITLED COURT