EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING    #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2007

at 3 o'clock and 35 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY L. FROST,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | ) CV. NO. 06-00620 DAE-BMK<br>) CR. NO. 02-00117 DAE<br>)<br>) ORDER FINDING THAT PETITIONER<br>) ROY L. FROST HAS WAIVED HIS<br>) ATTORNEY-CLIENT PRIVILEGE AS<br>) TO COMMUNICATIONS/ISSUES<br>) RAISED IN HIS 28 U.S.C. §<br>) 2255 PETITION AGAINST HARLAN<br>) KIMURA |

ORDER FINDING THAT PETITIONER ROY L. FROST HAS WAIVED
HIS ATTORNEY-CLIENT PRIVILEGE AS TO COMMUNICATIONS/ISSUES
RAISED IN HIS 28 U.S.C. § 2255 PETITION AGAINST HARLAN KIMURA

On November 20, 2006, Petitioner Roy L. FROST ("FROST") filed a petition pursuant to 28 U.S.C. § 2255 challenging the sentence of 17 months incarceration imposed by this Court on June 23, 2006, upon FROST's revocation of his supervised release. Petitioner FROST did not appeal his conviction or sentence on direct appeal to the Ninth Circuit, and relies upon his present petition to challenge his sentence.

The single claim raised by FROST in his § 2255 petition is that he did not receive effective assistance of counsel because his then-attorney, Harlan Kimura, failed to file a notice of appeal for the judgment entered on June 30, 2006.

The Court finds that in making (and pursuing) this allegation of ineffective assistance of counsel against Mr. Kimura in his present § 2255 petition, Petitioner FROST has waived the attorney-client privilege which might otherwise apply to the communications between the defendant and his attorney, as to the issue raised in the § 2255 petition, as well as to communications between petitioner and Mr. Kimura reasonably related to such claim. See, Tasby v. United States, 504 F.2d 332, 336 (8th Cir. 1974), cert. denied, 419 U.S. 1125 (1975).

Accordingly, in order to investigate the ineffective assistance of counsel claim made by Petitioner FROST in his present § 2255 petition (and to the reply to such claim), the United States Attorney is entitled to inquire into certain communications between Petitioner FROST and Mr. Kimura, which communications would otherwise be protected by the attorney-client privilege. Consequently, Mr. Kimura is authorized to provide information to the United States Attorney about such attorney-client communications between Petitioner FROST and Mr. Kimura, to the extent such communications involve, or are reasonably related to, the ineffective assistance of counsel

claim made in FROST's Section 2255 petition filed in this Court on November 20, 2006.

    IT IS SO ORDERED.

    DATED:   FEB 2 2007   at Honolulu, Hawaii.

_____
DAVID ALLEN EZRA
U.S. District Court Judge

ROY L. FROST v. USA
CV. NO. 06-00620 DAE-BMK
CR. NO. 02-00117 DAE
"Order Finding that Petitioner Roy L. Frost has Waived his Attorney-client Privilege as to Communications/Issues Raised in his 28 U.S.C. § 2255 Petition Against Harlan Kimura"