IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY L. FROST,<br><br>     Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Respondent. | )  CV. NO. 06-00620 DAE BMK<br>)  CR. NO. 02-00117 DAE<br>)<br>)<br>)  SUPPLEMENTAL<br>)  DECLARATION OF HARLAN<br>)  Y. KIMURA<br>)<br>)<br>)<br>) |

SUPPLEMENTAL DECLARATION OF HARLAN Y. KIMURA

I, HARLAN Y. KIMURA, hereby declare as follows:

1.      That I submit this Supplemental Declaration to clarify Paragraph No. 4 of my Declaration dated February 6, 2007.

2.      After my discussion with Mr. Roy L. Forst subsequent to the 6/23/06 Hearing there was no express instruction from him to file a Notice of Appeal with respect to the 17-Month Sentence.

3.      If Mr. Forst expressly instructed me to file a Notice of Appeal with respect to the 17-Month Sentence during our discussion after the 6/23/06 Hearing, I would ensure that his appellate rights were protected by either: (a) securing a Replacement CJA Counsel in sufficient time for him or her to file a timely Notice of Appeal; or (b) filing the Notice of Appeal myself and then

**EXHIBIT "2"**

requesting the Ninth Circuit Court of Appeals permission to withdraw as Mr.

Frost's CJA Counsel for the reasons stated in Paragraph No. 4 of my Declaration

dated February 6, 2007.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY

KNOWLEDGE, INFORMATION, AND BELIEF.

      DATED at Honolulu, Hawaii, _____MAR 1 3 2007_____.

                                          HARLAN Y. KIMURA