IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 06-00620 DAE-BMK |
| | ) CR No. 02-00117 DAE |
| vs. | ) |
| | ) |
| ROY L. FROST | ) DECLARATION OF ROY. L. |
| | ) FROST |
| Defendant. | ) |

### DECLARATION OF ROY FROST

1. I am Petitioner in this matter.

2. Immediately after the June 23, 2006 hearing, I told my attorney, Harlan Kimura, to appeal the Judge's sentence of 17 months.

3. However, Attorney Kimura did not follow my instruction so that no appeal was filed, and I only learned of this when I received his letter of July 5, 2006 telling me he did not appeal.

I declare under penalty of perjury the foregoing true and correct.

Executed in Honolulu, Hawaii this 27th day of March 2007.

_____