IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 06-00620 DAE-BMK |
| | ) CR No. 02-00117 DAE |
| vs. | ) |
| | ) |
| ROY L. FROST | ) |
| | ) DECLARATION OF |
| Defendant. | ) JACK SCHWEIGERT, ESQ. |

DECLARATION OF JACK SCHWEIGERT, ESQ.

1. I am CJA Attorney for Roy Frost in this matter.

2. In that capacity, I requested and was granted authority from the Court to hire Alan Castro to polygraph Mr. Frost. A true and correct copy of my ex parte motion and Order are attached hereto as Exhibit 1.

3. Mr. Castro polygraphed Mr. Frost at the Federal Detention Center. A true and correct copy of his Polygraph Examination Report given to me after the polygraph of Mr. Frost is attached hereto as Exhibit 2.

4. When I received the supplemental declaration of Harlan Kimura, it was accompanied by a cover letter, a true and correct copy of which is attached hereto as Exhibit 3.

I declare under penalty of perjury the foregoing true and correct.

Executed in Honolulu, Hawaii this 27th day of March 2007.

_____
Declarant