JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: 533-7491

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

_P 1 9 2006

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR00117-001 |
| | ) |
| vs. | ) |
| | ) |
| | ) DEFENDANT'S *EX PARTE* |
| ROY L. FROST | ) MOTION FOR |
| | ) AUTHORIZATION TO HIRE |
| Defendant. | ) POLYGRAPHER ALAN |
| | ) CASTRO; DECLARATION OF |
| | ) COUNSEL; ORDER GRANTING |
| | ) DEFENDANT'S MOTION FOR |
| | ) AUTHORIZATION TO HIRE |
| | ) POLYGRAPHER ALAN |
| | ) CASTRO |
| | ) |

DEFENDANT'S *EX PARTE* MOTION FOR AUTHORIZATION
TO HIRE POLYGRAPHER ALAN CASTRO

COMES NOW DEFENDANT ROY L. FROST by and through counsel

and moves this Honorable Court *ex parte* to authorize defense counsel to

engage Alan Castro as a polygrapher.

# EXHIBIT 1

By this motion, it is requested that Alan Castro be paid a total of

$250.00 to conduct a polygraph examination of Defendant Roy L. Frost at

the Federal Detention Center and prepare a report for defense counsel's use.

This motion is made in accordance with 18 U.S.C. § 3006A(e)(3) and is

supported by the attached declaration of counsel and the record and file.

DATED:  Honolulu, Hawaii; September 13, 2006.

Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:02CR00117-001 |
| | ) |
| vs. | ) |
| | ) DECLARATION OF JACK |
| ROY L. FROST | ) SCHWEIGERT, ESQ. |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1. I am newly court-appointed substitute counsel for Defendant Roy L. Frost, replacing Attorney Harlan Kimura who withdrew due to a conflict of interest.

2. I believe there is a critical need to have my client polygraphed before I file a Petition for Writ of *Habeas Corpus* on his behalf. In that regard, my client's version of the facts are disputed, and before I would file a petition, I must at least have my client pass a polygraph on the disputed points, which my client is agreeable with.

3. I have used Polygrapher Alan Castro in prior cases and can vouch for his credentials and ability as a polygraphist.

4. Mr. Castro is an investigator with the State Attorneys General office and does polographs part-time.

5. Mr. Castro has agreed to perform a polygraph examination of Mr. Frost at the Federal Detention Center and prepare a report for a total fee of $250.00.

6. Based on the foregoing, I ask for the Court's order authorizing me to engage Polygrapher Alan Castro's services to perform a polygraph examination of Mr. Frost and prepare a report for defense counsel's use and charge a total fee of $250.00.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 13th day of September 2006.

Jack Schweigert, Esq.
Declarant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR00117-001 |
| | ) |
| vs. | ) ORDER APPROVING |
| | ) DEFENDANT'S EX PARTE |
| ROY L. FROST | ) MOTION FOR |
| | ) AUTHORIZATION TO HIRE |
| | ) POLYGRAPHER ALAN |
| | ) CASTRO |
| | ) |
| _____ | ) |

ORDER APPROVING
DEFENDANT'S EX PARTE MOTION FOR AUTHORIZATION
TO HIRE POLYGRAPHER ALAN CASTRO

Defendant's motion for authorization to hire Polygrapher Alan Castro was presented to this court *ex parte.* The Court, having considered the motion, finds the requisite good cause exists to grant the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that Defense counsel is authorized to engage Polygrapher Alan Castro to perform a polygraph examination of Defendant Roy L. Frost, prepare a report for defense counsel's use, and be paid a total of $250.00 via a Form CJA-21.

DATED: Honolulu, Hawaii; _____SEP 1 8 2006_____.

_____BARRY M. KURREN_____
JUDGE OF THE ABOVE-ENTITLED COURT