

Allan C Castro
95-1249 Meheula Pkwy G-5, PMB#124
Mililani, HI 96789

Phone:(808) 295-7463
Email:ACastro111@aol.com

# POLYGRAPH EXAMINATION REPORT

**SUBJECT:** FROST, Roy L.            **DATE:** 11-7-06

**SSN:** 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                  **DOB:** 3-12-53

**ATTORNEY:**      Jack Schweigert

**LOCATION OF EXAMINATION:**      Federal Detention Center

**TYPE OF EXAMINATION:**      ZCT (Zone Comparison Test)

**EXAMINER:**      Allan C. Castro

- Certified Polygraph Examiner since 1990
- Polygraph Examiner with the Honolulu Police Department for 11 years
- Senior Polygraph Examiner for 5 years
- Conducted Polygraph Examinations for Federal, State and County Governments
- Conducted over 1500 Polygraph Examinations
- Member of the American Polygraph Association (APA)
- Member of the American Association of Polygraph Polygraphists (AAPP)

**SYNOPSIS:**

Subject of this examination, Roy Frost, contends that he instructed Attorney Kimura, to file an appeal for him after Judge Ezra sentenced him to a maximum term.

EXHIBIT 2

**AC Security Consultants**

## PRE TEST INTERVIEW :

The examination was conducted at the Federal Detention Center. Frost signed a polygraph waiver indicating that he was taking this examination voluntarily. Frost said that was not presently under a doctor's care and was not suffering from any ailment. He was not too tired to take this examination and he was not feeling any pain at this time. He was not suffering from any heart or respiratory problems and was not taking any medication at this time.

Frost said that on the day that Judge Ezra sentenced him to the maximum term for his violation, he instructed his attorney, Kimura, in the side room next to the courtroom that he wanted to file an appeal. He said that he did not see or hear from Kimura for a while, then when Kimura came to visit him, Kimura told him that he had nor grounds or reasons to file an appeal.

After the pre-test interview, we developed the questions that were to asked in the polygraph examination.

## RELEVANT QUESTIONS:

The following were the questions asked and the responses given during the polygraph examination.

Q: Did you tell attorney Kimura on the day that Judge Ezra sentenced you that you wanted to file an appeal?
R: "YES"

Q: Did you tell Attorney Kimura in the side room of the courtroom that you wanted to file an appeal?
R: "YES"

Q: Did Attorney Kimura tell you that he did not file an appeal because he felt there was no reason to file an appeal?
R: "Yes"

 

Frost Polygraph Report
Page 3

**RESULTS:**

Based on the information provided, it is the opinion of this Examiner that Frost was **Truthful** in his responses to the relevant questions asked in this examination.

**EXAMINER:**      Allan Castro         **DATE:**      11-7-06