# HARLAN Y. KIMURA

Attorney At Law, A Law Corporation
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813

Tel: (808) 521-4134
Fax: (808) 521-0361

E-mail: hyk@aloha.net

February 6, 2007



Hand Delivered:

Darren W.K. Ching, Esq.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

   Re: CV. NO. 06-00620 DAE-BMK
     CR. NO. 02-00117 DAE
     <u>Roy L. Frost v. United States Of America;</u>

Dear Mr. Ching:

  Pursuant to our telephone conversation this morning, enclosed please find my Declaration and Exhibits "A" and "B" concerning the Attorney-Client Communications that took place between Mr. Roy L. Frost and myself last Summer concerning his desire to appeal the 17-Month Sentence imposed upon him by the Honorable David Alan Ezra.

  If you have any questions regarding the above, or enclosed, please feel free to contact me.

         Very truly yours,

         Harlan Y. Kimura

Enclosures

cc: Jack Schweigert, Esq. (w/ encl.)

# EXHIBIT 3