IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 06-00620 DAE-BMK |
| | ) CR No. 02-00117 DAE |
| vs. | ) |
| ROY L. FROST | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

The below-signed hereby certifies that on March 27, 2007 one copy of the attached document was served on the below individual by U.S. Mail, first class postage prepaid addressed as follows:

    Darren W.K. Ching, Esq.
    Assistant U.S. Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, HI 96850
        Attorney for U.S.A.

_____
Jack Schweigert, Esq.
Attorney for Petitioner Roy L. Frost