ORIGINAL

KSC
CPY KWSA)

EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING           #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 05 2007
at 10 o'clock and 40 min A M
SUE BEITIA, CLERK

LODGED
JUL 05 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY L. FROST,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | ) CV. NO. 06-00620 DAE-BMK<br>) CR. NO. 02-00117 DAE<br>)<br>)<br>) APPLICATION AND ORDER FOR<br>) WRIT OF HABEAS CORPUS AD<br>) TESTIFICANDUM<br>)<br>)<br>) |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Honolulu Federal Detention Center, 351 Elliott Street, Honolulu, Hawaii 96819, in the custody of the Warden John Rathman thereof, the prisoner ROY L. FROST, which prisoner will be called to testify before the Honorable David A. Ezra, U.S. District Judge, District of Hawaii, on the 6th day of July, 2007, at the hour of 9:00 a.m., and that it is necessary to have said prisoner present to appear at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of prisoner it is

necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding said Warden John Rathman, to produce said prisoner to the United States Marshal in order to procure his presence before the Honorable David A. Ezra, U.S. District Judge, at said location on said date, and at such other dates as may be necessary for testimony and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum out of and under the seal of this Court, directed to said Warden John Rathman commanding him to have and produce the above-named prisoner to the United States Marshal, in order to procure the prisoner's presence before the Honorable David A. Ezra, U.S. District Judge, at said location, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of the prisoner and at the termination of the proceedings involving said prisoner return him to the Honolulu Federal Detention Center, 351 Elliott Street, Honolulu, Hawaii 96819.

DATED: July 5, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ DARREN W.K. CHING
DARREN W.K. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Testificandum issued as prayed for herein;

DATED: Honolulu, Hawaii, JUL 05 2007.

_____
UNITED STATES MAGISTRATE JUDGE


ROY L. FROST v. UNITED STATES
CV. NO. 06-00620 DAE-BMK
CR. NO. 02-00117 DAE
Application and Order for Writ of
Habeas Corpus Ad Testificandum