ORIGINAL

EDWARD H. KUBO, JR.            #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING              #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2007

at 10 o'clock and 40 min A M
SUE BEITIA, CLERK

LODGED

JUL 0 5 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY L. FROST, | ) CV. NO. 06-00620 DAE-BMK |
| | ) CR. NO. 02-00117 DAE |
| Petitioner, | ) |
| | ) WRIT OF HABEAS CORPUS AD |
| vs. | ) TESTIFICANDUM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   The Warden John Rathman, Honolulu Federal Detention
      Center, 351 Elliott Street, Honolulu, Hawaii 96819 and
      to the United States Marshal for the District of
      Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden John Rathman, Honolulu Federal Detention Center, 351 Elliott Street, Honolulu, Hawaii 96819, produce the body of ROY L. FROST, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said prisoner produce said prisoner before the Honorable David A. Ezra, U.S. District Judge for the District of Hawaii, United

States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the 6th day of July, 2007, the hour of 9:00 a.m. in order that said ROY L. FROST may then and there testify before the Honorable David A. Ezra, U.S. District Judge in the above-entitled case at said time and place, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said ROY L. FROST shall remain with the United States Marshal. The delivery of the body of said ROY L. FROST by the United States Marshal to the courtroom of the Honorable David A. Ezra, U.S. District Judge, as aforesaid until termination of the proceedings involving said prisoner and the return by the United States Marshal of said ROY L. FROST to the custody of the Honolulu Federal Detention Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Kevin S.C. Chang, Magistrate Judge of the United States District Court for the District of Hawaii.

DATED: _____JUL - 5 2007_____, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

ROY L. FROST v. UNITED STATES
CV. NO. 06-00620 DAE-BMK
CR. NO. 02-00117 DAE
"Writ of Habeas Corpus Ad Testificandum"