# MINUTES

CASE NUMBER:       CR 02-00117DAE

CASE NAME:         USA v. Roy L. Frost

ATTYS FOR PLA:     Darren Ching

ATTYS FOR DEFT:    Jack Schweigert

INTERPRETER:

JUDGE:   David Alan Ezra         REPORTER:   Cynthia Fazio

DATE:    07/06/2007              TIME:       9:00am-10:30am

COURT ACTION:  EP:  [105] MOTION to Vacate under 28 U.S.C. 2255(Civil Action CV 06-00620 DAE-BMK.)

Defendant Roy L. Frost present in custody.

Government's Witness: Harlan Kimura.

Government's Exhibits Received: 3.

Defendant's Witnesses: Roy L. Frost.

Defendant's Exhibits Received: 3.

[105] MOTION to Vacate under 28 U.S.C. 2255(Civil Action CV 06-00620 DAE-BMK.)-GRANTED.

Submitted by:  Theresa Lam, Courtroom Manager