ORIGINAL



JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: 533-7491

Attorney for Petitioner Roy L. Frost

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 06-00620 DAE-BMK<br>) CR No. 02-00117 DAE<br>) |
| vs. | ) DEFENDANT ROY L. FROST'S<br>) EMPLOYMENT AND PLACE |
| ROY L. FROST | ) OF RESIDENCE; EXHIBIT 1;<br>) CERTIFICATE OF SERVICE<br>) |
| Defendant. | ) Re-Sentencing:<br>) Date: August 10, 2007<br>) Time: 3:00 p.m.<br>) Judge: David A. Ezra |

**DEFENDANT ROY L. FROST'S NOTICE OF EMPLOYMENT AND PLACE OF RESIDENCE**

On July 30, 2007 the Court entered its order vacating Defendant's earlier sentence and has set the re-sentencing date indicated above.

Should the Court release the Defendant at that time it should be noted that upon his release, Mr. Frost shall be employed by both Hwaii Kai Golf Course and Longhi's restaurant. Further, Defendant will be allowed to reside with Mr. Ross Y.

Nishida as indicated by Mr. Nishida's letter dated July 20, 2007, which is attached hereto as Exhibit a.

DATED: Honolulu, Hawaii; August 7, 2007.

Jack Schweigert, Esq.
Attorney for Roy L. Frost