July 20, 2007

To whom it may concern:

I am writing in regards to Mr. Roy Frost who shall be employed upon his release at the Hawaii Kai Golf Course. His job title will be as a sous chef. His duties shall include overseeing all aspects of the banquet section of the restaurant. He will also be responsible for menu planning and for the set up for catering functions. His starting salary will be negotiable. He will also be residing at my residence at 3358 E. Manoa Rd.

Thank you,

*Ross Y. Nishida*

Ross Y. Nishida

# EXHIBIT 1