IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 06-00620 DAE-BMK |
| | ) CR No. 02-00117 DAE |
| vs. | ) |
| ROY L. FROST | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

The below-signed hereby certifies that on August 7, 2007 one copy of the attached document was served on the below individuals by hand delivery to the addresses indicated:

    Darren W.K. Ching, Esq.
    Assistant U.S. Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, HI  96850
        Attorney for U.S.A.

    Jonathan K. Skedeleski
    U.S. Probation Officer
    c/o U.S. Probation Office
    PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, HI  96850

_____
Jack Schweigert, Esq.
Attorney for Roy L. Frost