# MINUTES

CASE NUMBER:      CR NO. 02-00117DAE

CASE NAME:        United States of America Vs. Roy L. Frost

ATTYS FOR PLA:    Darren Ching and Probation Officer-Jonathan Skedeleski

ATTYS FOR DEFT:   Jack F. Schweigert

INTERPRETER:

JUDGE:   David Alan Ezra            REPORTER:   Cynthia Fazio

DATE:    08/10/2007                 TIME:       9:07am-9:19am

COURT ACTION:  EP: Re-Sentencing-Defendant present in Custody.

On 6/23/2006-Order to Show Cause Why Supervised Release should not be Revoked-Defendant admitted to all violations. Defendant was sentenced to Imprisonment-17 Months.

On 7/6/2007-Court granted Defendant's Motion to Vacate under 28 U.S.C. 2255.

Re-Sentencing-Imprisonment-Time Served.

No Further Supervised Release will be imposed.

The Defendant is subject to be held by the U.S. Marshal's until the Defendant is transferred to BICE. There was a detainer that was lodged by the BICE on 10/26/2006 as to this Defendant.

Submitted by Leslie L. Sai, Courtroom Manager